IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| JAMES C. SPENCE, TDCJ-CID No. 712697, | § § § |
| Plaintiff, | § § |
| v. | § § 2:21-CV-137-Z-BR |
| UNIDENTIFIED CLEMENTS UNIT OFFICER, | § § § § |
| Defendant. | § § |

## JUDGMENT

For the reasons set out in an order filed today, it is ordered and adjudged that this action is **DISMISSED** without prejudice for want of prosecution.

April  6 , 2022.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2